# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **REGINALD DAILEY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:23-cv-376-TFM-N |
| | ) |
| **BP EXPLORATION & PRODUCTION INC.,** | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

On November 21, 2024, the Magistrate Judge entered an Amended Report and Recommendation which recommends this case be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii). *See* Doc. 15. On November 27, 2024, Plaintiff filed objections. *See* Doc. 16. The Amended Report and Recommendation is ripe for review.

Plaintiff's objections do nothing to address the well-reasoned analysis of the Magistrate Judge. Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, this case is **DISMISSED with prejudice**.

A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 20th day of May, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE